

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2019

No. 04-19-00194-CV

Champe **CARTER,** Erin Baily Carter, Paige Parker and Melanie Parker,
Appellants

v.

Gregory Robert **BALL,**
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15522
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellants attempt to appeal the trial court's Order Granting Defendant's Motion to Dismiss. An appeal from such an order or judgment is accelerated. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.008(b). The trial court signed the order on February 28, 2019. Because this is an accelerated appeal, the notice of appeal was due March 20, 2019. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due on April 4, 2019. *See* TEX. R. APP. P. 26.3. Although appellants filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, they did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

We therefore ORDER appellants to file, on or before **May 29, 2019**, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

Irene Rios, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court